**2005–2131. State ex rel. Holland v. Gen. Motors Corp.**
Franklin App. No. 05AP–49, 2005-Ohio-5649. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2005–2437. Charles v. Mabe.**
Franklin App. No. 05AP–410, 2005-Ohio-6106. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–0701. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–732–EL–MER. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 16, 2006*

[Cite as *05/16/2006 Case Announcements*, 2006-Ohio-2403.]